UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEANDRE FULTCHER,

Plaintiff,

v.

THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC., et al.,

Defendants.

Case No. 26-cv-06123-HSG

**SCHEDULING ORDER**

A case management conference was held on September 22, 2026. Having considered the parties' proposals, *see* Dkt. No. 15, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 20, 2026 |
| Close of Fact Discovery | February 19, 2027 |
| Exchange of Opening Expert Reports | March 12, 2027 |
| Exchange of Rebuttal Expert Reports | April 2, 2027 |
| Close of Expert Discovery | April 23, 2027 |
| Dispositive Motion Hearing Deadline | July 1, 2027 at 2:00 p.m. |
| Pretrial Conference | September 28, 2027 at 3:00 p.m. |
| Jury Trial (5 days) | October 12, 2027 at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/29/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge